N. D. Suttles and Lena May Suttles, His Wife; Charles
W. Ross and Roxie K. Ross, His Wife, *Appellants*, v.
J. L. McElwain, *Appellee*.

Division B.

Decision filed December 2, 1927.

*E. Dixie Beggs*, for Appellants;

*Henderson, Franklin & Christie* and *Gillespie & Dixon*,
for Appellee.

Per Curiam.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the orders herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judg-
ment to be given in the premises, it seems to the Court that
there is no error in the said orders; it is, therefore, con-
sidered, ordered and adjudged by the Court that the said
orders of the circuit court be, and the same are hereby
affirmed.

Whitfield, P. J., and Terrell and Buford, J. J., con-
cur.